### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

United States of America, for the use and benefit of
Industrial Fence, Inc. an Illinois Corporation
           v.
Pickus Construction and Equipment Company, Inc. an Illinois
corporation; and Fidelity and Deposit Company of Maryland

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Industrial Fence, Inc. an Illinois Corporation

## 07CV7024
## JUDGE COAR
## MAG. JUDGE COX

| | |
|---|---|
| NAME (Type or print)<br>Burton A. Brown | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Burton A. Brown | DEC 1 4 2007 |
| FIRM<br>Law Offices of Burton A. Brown | FILED |
| STREET ADDRESS<br>205 West Wacker Drive, Suite 922 | DEC 1 4 2007 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0312045 | TELEPHONE NUMBER<br>312-236-5582 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐