AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United States of America, for the use and benefit of Industrial Fence, Inc., an Illinois Corporation

V.

Pickus Construction and Equipment Company, an Illinois corporation; and Fidelity and Deposit Company of Maryland

**07CV7024**
**JUDGE COAR**
**MAG. JUDGE COX**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Pickus Construction and Equipment Company, Inc.
Agent: Jeffry J. Pickus
3330 Skokie Highway
Suite 300
Highland Park, Illinois 60035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Burton A. Brown
Burton A. Brown
205 West Wacker Drive
Suite 922
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

LIRI ISUFI
(By) DEPUTY CLERK

DEC 1 4 2007
DATE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

United States of America, for the use and benefit of Industrial Fence, Inc. an Illinois Corporation

Plaintiff(s)

Court No.: 07 CV 7024

VS.

Pickus Construction and Equipment Company, et al.,

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Chris Zenner, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Corporation Summons and Complaint

Defendant to be served: Pickus Construction and Equipment Company, Inc.

SERVED the within named defendant on: 12/27/2007 @ 1:15 PM

ADDRESS WHERE ATTEMPTED OR SERVED: Agent: Jeffry J. Pickus 3330 Skokie Highway Suite 300 Highland Park, IL, 60035

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 36   Gender Female   Race Caucasian   Height 5-5   Weight 151-175   Hair Brown   Glasses No

✓ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with Candy Crawford, (Title) Administrative Assistant, a person authorized to accept service and informed that person of the contents thereof.

Additional Comments

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this 28 day of December, 2007

Notary Public

Signature of Process Server

OFFICIAL SEAL
ALITA MCRAE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/16/11

Job ID: 319906

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                                  *Signature of Server*

             _____
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.