IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CIVIL ACTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of INDUSTRIAL FENCE, INC., an Illinois corporation, | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) ) | Case No. 07 CV 7024 |
| PICKUS CONSTRUCTION AND EQUIPMENT COMPANY, INC., an Illinois corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:  No Parties of Record

YOU ARE HEREBY NOTIFIED that on the 16 day of January, 2008, I have caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached Proof of Service for Pickus Construction and Equipment Company, a copy of which is hereby served upon you.

BY:  /s/ Burton A. Brown /s/

Law Offices of Burton A. Brown
205 W. Wacker Drive, 922
Chicago, Illinois 60606
(312) 236-5582
ARDC 0312045