AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United States of America, for the use and benefit of Industrial Fence, Inc., an Illinois Corporation

V.

Pickus Construction and Equipment Company, an Illinois corporation; and Fidelity and Deposit Company of Maryland

CASE N... 07CV7024
JUDGE COAR
MAG. JUDGE COX

TO: (Name and address of Defendant)

Fidelity and Deposit Company of Maryland
c/o Illinois Department of Insurance
as agent for service upon Fidelity and Deposit Company of Maryland
100 West Randolph, Suite 9-301
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Burton A. Brown
Burton A. Brown
205 West Wacker Drive
Suite 922
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

LIRI ISUFI

(By) DEPUTY CLERK

DEC 1 4 2007

DATE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

United States of America, for the use and benefit of Industrial Fence, Inc. an Illinois Corporation

Plaintiff(s)

Court No.: 07 CV 7024

VS.

Pickus Construction and Equipment Company, et al.,

Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

_DeJuan Gardner_, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: <u>Corporation Summons and Complaint</u>

Defendant to be served: <u>Fidelity and Deposit Company of Maryland c/o Illinois Department of Insurance</u>

**SERVED**/NON-SERVED the within named defendant on: 12/28/07 @ 12:20 AM/**PM**

ADDRESS WHERE ATTEMPTED OR SERVED: <u>as agent for service upon Fidelity and Deposit Company of Maryland 100 West Randolph - Ste. 9-301</u>

Chicago, Illinois 60601

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age _40_  Gender M/**F**  Race _Blk_  Height _5'4_  Weight _185_  Hair _Blk_  Glasses Y/**N**

____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

_X_ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _Sybley Thomas_,
(Title) _Office Associate_, a person authorized to accept service and informed that person of the contents thereof.

____ **POSTED**

____ **NON-SERVICE** for the reason that after diligent investigation found _____

Additional Comments

I certify that I am a United States citizen, over the age of 18, and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this ____ day of ____ , 2007

DEC 31 2007

Signature of Process Server

OFFICIAL SEAL
ALITA MCRAE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES

Job ID: 319908

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 12/28/07 |
| NAME OF SERVER (PRINT) DeJuan Gardner | TITLE Office Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 100 W. Randolph Illinois Department of Insurance.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Sybley Thomas

☐ Returned unexecuted: ____

☐ Other (specify): Age: 40 Gender - Female, Blk, 185 lbs, 5'4 inches tall, Blk hair, and Glasses.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/28/07
*Date*    *Signature of Server*

100 W. Monroe St #911, Chicago, IL
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.