IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CIVIL ACTION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of INDUSTRIAL FENCE, INC., an Illinois corporation, <br><br> Plaintiff, <br> v. <br><br> PICKUS CONSTRUCTION AND EQUIPMENT COMPANY, INC., an Illinois corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Defendants. | Case No. 07 CV 7024 |

**NOTICE OF FILING**

To:   No Parties of Record

    YOU ARE HEREBY NOTIFIED that on the 16 day of January, 2008, I have caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached Proof of Service for Fidelity and Deposit Company of Maryland c/o Illinois Department of Insurance, a copy of which is hereby served upon you.

                                              BY:   /s/ Burton A. Brown /s/

Law Offices of Burton A. Brown
205 W. Wacker Drive, 922
Chicago, Illinois 60606
(312) 236-5582
ARDC 0312045