# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Industrial Fence, Inc.

                    Plaintiff,

v.                                              Case No.: 1:07−cv−07024

                                                    Honorable David H. Coar

Pickus Construction and Equipment Company, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Status hearing held on 4/8/2008. Parties advised the court of settlement and requested dismissal pursuant to settlement.. This action is dismissed with prejudice pursuant to the settlement agreement. Civil case terminated.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.