## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7024 | **DATE** | 4/18/2008 |
| **CASE TITLE** | USA for the use & benefit of Industrial Fence, Inc. Vs. Pickus Construction & Equipment | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/8/2008.  Parties advised the court of settlement and requested dismissal pursuant to settlement..  This action is dismissed with prejudice pursuant to the settlement agreement.    Civil case terminated.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|